UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID A MORTLOCK AND
CHRISTINE DAVIS,

        Plaintiffs,

    v.                                Case No. 12-C0044

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.

**ORDER GRANTING STATE FARM'S MOTION FOR BIFURCATION AND STAY**

Defendant State Farm Fire and Casualty has filed a motion to bifurcate the contractual or policy claims and the extra contractual or bad faith claims against it in the above matter. Plaintiff has notified the Court that they have no objection to State Farm's motion. Having considered the argument in State Farm's brief and the absence of any opposition, the Court concludes that the motion should be granted. Accordingly, the Court hereby bifurcates the contractual and extra contractual claims in the above matter. Discovery as to the extra contractual claims is stayed pending resolution of the contractual claims.

**SO ORDERED** this   9th   day of April, 2012.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge